UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PHILLIP CASSARA, ET AL.,

    Plaintiffs,

        v.                      Civil Action No. 05-2460 (JDB)

PFIZER, INC.,

    Defendant.

**ORDER**

    Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within one hundred and twenty (120) days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. One hundred and twenty days have passed since the filing of the complaint in this civil action and the issuance of a summons as to defendant, and it does not appear from the record that defendant has been served. Accordingly, it is hereby

    **ORDERED** that plaintiffs shall, by not later than May 15, 2006, either (1) file with the Court proof that defendant has been served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiffs fail to comply with this Order or if the Court determines that plaintiffs have not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

                                          /s/ John D. Bates
                                          JOHN D. BATES
                              United States District Judge

Dated:   April 24, 2006

Copy to:

Michelle A. Parfitt
ASHCRAFT & GEREL
2000 L Street, Suite 400
Washington, DC  20036
Email: mparf@aol.com

*Counsel for plaintiffs*