IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x

PHILLIP CASSARA and MARILYN LANCE CASSARA,

        Plaintiffs,

    vs.

PFIZER, INC.

        Defendant.

------------------------------------- x

Case No. 1:05CV02460 (JDB)

(ECF)

## DEFENDANT PFIZER INC.'S RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, Defendant Pfizer Inc. (incorrectly denominated in the caption as "Pfizer, Inc.") (hereinafter "Pfizer"), by its undersigned counsel, certifies that Pfizer has no corporate parent and that no publically held company owns 10% or more of Pfizer's stock.

Dated: April __, 2006

        Respectfully submitted,

        */s/ Karen R. Robinson*
        Karen R. Robinson, # 483207
        **KAYE SCHOLER LLP**
        901 Fifteenth Street, N.W.
        Suite 1100
        Washington, D.C. 20005
        (202) 682-3500 (Telephone)
        (202) 682-3580 (Facsimile)