IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

------------------------------------- x

PHILLIP CASSARA and MARILYN LANCE  :
CASSARA,
                                   :
           Plaintiffs,
                                   :  Case No. 1:05CV02460 (JDB)
    vs.
                                   :  (ECF)
PFIZER, INC.
                                   :
           Defendant.

------------------------------------- x

### JOINT MOTION TO EXTEND DEFENDANT PFIZER INC.'S
### TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, the parties respectfully move the Court to extend Defendant Pfizer Inc.'s (incorrectly denominated in the caption as "Pfizer, Inc.") (hereinafter "Pfizer") time to answer or otherwise respond to Plaintiffs' Complaint. The above-captioned action has been identified as a potential "tag-along" to the *In re Viagra Prods. Liab. Litig.* Multidistrict Litigation ("MDL") proceeding (MDL No. 1724) pending in the United States District Court for the District of Minnesota (the "MDL Court"). (A copy of the "tag-along" letter, dated April 25, 2006, to the Clerk of the Judicial Panel on Multidistrict Litigation is attached as Ex. A.)

Plaintiffs and Defendant jointly seek an extension of Pfizer's time to answer or otherwise respond to Plaintiffs' Complaint, such that the deadline shall be extended until 30 days after the action is docketed in the MDL Court, or as otherwise ordered by the MDL Court. The original deadline for Pfizer to file an answer or other responsive pleading is May 11, 2006. This is the first request for an extension. A proposed order is attached.

Respectfully submitted,

**KAYE SCHOLER LLP**

Dated: April 27, 2006          By: *Karen R. Robinson*
                                   Karen R. Robinson, # 483207
                                   901 Fifteenth Street, N.W.
                                   Suite 1100
                                   Washington, D.C. 20005
                                   (202) 682-3500 (Telephone)
                                   (202) 682-3580 (Facsimile)

                               OF COUNSEL:

                               Lori B. Leskin
                               Melissa C. Giordano
                               **KAYE SCHOLER LLP**
                               425 Park Avenue
                               New York, NY 10022
                               (212) 836-8000 (Telephone)
                               (212) 836-8689 (Facsimile)

                               *Attorneys for Defendant Pfizer Inc.*


**ASHCRAFT & GEREL, LLP**

Dated: April ___, 2006         By: _____
                                   Michelle A. Parfitt, # 358592
                                   Mohammad Syed, # 476315
                                   2000 L Street, N.W.
                                   Suite 400
                                   Washington, D.C. 20036
                                   (202) 783-6400 (Telephone)
                                   (202) 416-6392 (Facsimile)

                                   *Attorneys for Plaintiffs Phillip Cassara and Marilyn Lance Cassara*

2

Respectfully submitted,

**KAYE SCHOLER LLP**

Dated: April ___, 2006

By: _____
Karen R. Robinson, # 483207
901 Fifteenth Street, N.W.
Suite 1100
Washington, D.C. 20005
(202) 682-3500 (Telephone)
(202) 682-3580 (Facsimile)

OF COUNSEL:

Lori B. Leskin
Melissa C. Giordano
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
(212) 836-8000 (Telephone)
(212) 836-8689 (Facsimile)

*Attorneys for Defendant Pfizer Inc.*

**ASHCRAFT & GEREL, LLP**

Dated: April 28, 2006

By: /s/ Michelle A. Parfitt
Michelle A. Parfitt, # 358592
Mohammad Syed, # 476315
2000 L Street, N.W.
Suite 400
Washington, D.C. 20036
(202) 783-6400 (Telephone)
(202) 416-6392 (Facsimile)

*Attorneys for Plaintiffs Phillip Cassara and Marilyn Lance Cassara*

2