IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PHILLIP CASSARA and MARILYN LANCE CASSARA,

      Plaintiffs,

  vs.

PFIZER, INC.

      Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 1:05CV02460 (JDB)

(ECF)

## ORDER

  UPON CONSIDERATION of the parties' Joint Motion To Extend Defendant Pfizer Inc.'s Time To Answer Or Otherwise Respond To Plaintiffs' Complaint, it is this _____ day of _____, 2006

  ORDERED that the joint request is GRANTED. Defendant Pfizer's Inc.'s time to answer or otherwise respond to Plaintiffs' Complaint is extended until 30 days after the case is docketed in MDL No. 1724, or as otherwise ordered by the United States District Court for the District of Minnesota.

                _____
                UNITED STATES DISTRICT COURT JUDGE

To:

| | |
|---|---|
| Karen R. Robinson, Esq. | Michelle A. Parfitt, Esq. |
| 901 Fifteenth Street, N.W. | Mohammad Syed, Esq. |
| Suite 1100 | 2000 L Street, N.W. |
| Washington, D.C. 20005 | Suite 400 |
| (202) 682-3500 (Telephone) | Washington, D.C. 20036 |
| (202) 682-3580 (Facsimile) | (202) 783-6400 (Telephone) |
| | (202) 416-6392 (Facsimile) |

3