OF COUNSEL:

Lori B. Leskin
Melissa C. Giordano
**KAYE SCHOLER LLP**
425 Park Avenue
New York, NY 10022
(212) 836-8000 (Telephone)
(212) 836-8689 (Facsimile)

*Attorneys for Defendant Pfizer Inc.*

2