IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PHILLIP CASSARA AND <br> MARILYN LANCE CASSARA, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC. <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil No. 1:05CV02460 (JDB) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PROOF OF SERVICE

Pursuant to the Orders of the Court, attached is the required Affidavit of Service in the above-captioned action.

Respectfully submitted,

**ASHCRAFT & GEREL**

_____
Michelle A. Parfitt, Esq.#358592
H. Vincent McKnight, Esq. #293811
Ashcraft & Gerel, LLP
2000 L Street, NW, Suite 400
Washington, DC 20036
(202) 783-6400
Counsel for Plaintiffs.

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| PHILLIP CASSARA AND MARILYN LANCE CASSARA, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil No. 1:05CV02460 (JDB) |
| PFIZER INC. | ) ) ) | |
| Defendant. | ) ) | |

## AFFIDAVIT OF SERVICE

I, Michelle A. Parfitt, do hereby make oath that I am over 18 years of age and am competent to testify as to the matters stated below and the facts set forth are based upon my personal knowledge:

1. That on April 17, 2006, I served by certified mail, return receipt requested, a copy of the Summons and Complaint upon Pfizer Inc., c/o CT Corporation Systems, 1015 15th St., NW, # 1000, Washington, DC 20005.

2. That on April 22, 2006, Pfizer Inc., c/o CT Corporation Systems, did receive a copy of same (see attached).

I DO SOLEMNLY AFFIRM AND DECLARE UNDER PENALTY OF PERJURY THAT THE CONTENTS OF THE FOREGOING DOCUMENT ARE TRUE AND CORRECT

LAW OFFICES
HCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036
202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311
703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852
301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785
301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202
410-539-1122
FAX: 410-547-1261

TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____
Michelle A. Parfitt

SUBSCRIBED AND SWORN TO BEFORE ME THIS 4 DAY OF MAY, 2006.

_____
Notary Public

My commission expires: 4/14/2011

LAW OFFICES
ASHCRAFT & GEREL, LLP

SUITE 400
2000 L STREET, N.W.
WASHINGTON, D.C. 20036

202-783-6400
FAX: 202-416-6392

SUITE 650
4900 SEMINARY ROAD
ALEXANDRIA, VA 22311

703-931-5500
FAX: 703-820-0630

SUITE 1002
ONE CENTRAL PLAZA
11300 ROCKVILLE PIKE
ROCKVILLE, MD 20852

301-770-3737
FAX: 301-881-6132

SUITE 301
METRO 400 BUILDING
4301 GARDEN CITY DRIVE
LANDOVER, MD 20785

301-459-8400
FAX: 301-459-1364

SUITE 1212
EAST BALTIMORE STREET
BALTIMORE, MD 21202

410-539-1122
FAX: 410-547-1261

