# United States District Court
## District of Minnesota
Office Of The Clerk
300 S. Fourth St., Room 202
Minneapolis, MN 55415

RICHARD D SLETTEN, CLERK
(612) 664-5000

June 1, 2006

Ms. Nancy Mayer-Whittington, Clerk
USDC for the District of Columbia
333 Consititution Avenue, NW
Washington, DC 20001

CA 05-2460 ESH

In re:   MDL- 1724 -- In re: Viagra Products Liability Litigation
      YOUR CASE NUMBER: C.A. No. 1:05-2460   Cassara, et al v. Pfizer
      DISTRICT OF MINNESOTA CASE NUMBER: 06-2164   PAM

Dear Clerk of Court:

    A conditional transfer order of the Judicial Panel on Multidistrict Litigation under 28 U.S.C. §1407 was received and filed in this district on May 30, 2006. Enclosed is a certified copy of that order directing the transfer of your civil case to the District of Minnesota. The cases are assigned to Judge Paul A. Magnuson for coordinated or consolidated pretrial proceedings. Please reference the case number assigned in this court on all correspondence or communications.

    Please forward a certified copy of the docket sheet for the case listed above together with a received stamped copy of this letter to: Clerk, U. S. District Court, 300 S. Fourth Street, Room 202, Minneapolis, MN 55415. Communications regarding these actions should be directed to Ms. Mary Kaye Conery or Ms. Lou Jean Gleason at (612) 664-5000. Should you have any questions please do not hesitate to call.

                                      Very truly yours,

                                      RICHARD D. SLETTEN, CLERK


                                      Mary Kaye Conery, Civil Docket Supervisor

Enclosure

cc: Chief Judge Paul A. Magnuson
    Judicial Panel on Multidistrict Litigation

**A CERTIFIED TRUE COPY**

MAY 25 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY - 9 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1724

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## IN RE VIAGRA PRODUCTS LIABILITY LITIGATION

*Phillip Cassara, et al. v. Pfizer Inc.*, D. District of Columbia, C.A. No. 1:05-2460   06-2164

### CONDITIONAL TRANSFER ORDER (CTO-4)

On January 26, 2006, the Panel transferred six civil actions to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, seven additional actions have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable Paul A. Magnuson.

It appears that the action on this conditional transfer order involves questions of fact which are common to the actions previously transferred to the District of Minnesota and assigned to Judge Magnuson.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of January 26, 2006, 414 F.Supp.2d 1357 (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable Paul A. Magnuson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

MAY 25 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

SCANNED
MAY 30 2006
U.S. DISTRICT COURT MPLS

MAY 30 2006
FILED
RICHARD D. SLETTEN, CLERK